IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KENNETH WILLIAMS, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | NO. 17-1345 |
| | : | |
| JOHN E. WETZEL, *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW** this 13th day of September 2017, upon independent consideration of the petition for writ of *habeas corpus* (ECF Doc. No. 1), Judge Rice's August 22, 2017 detailed and soundly resolved Report and Recommendation (ECF Doc. No. 10) and absent objections, it is **ORDERED**:

1. Judge Rice's Report and Recommendation (ECF Doc. No. 10) is **APPROVED** and **ADOPTED**;

2. Mr. Williams' petition for writ of *habeas corpus* (ECF Doc. No. 1) is **DENIED with prejudice** as untimely by over two (2) years under 28 U.S.C. § 2244 (d)(1);

3. There is no probable cause to issue a certificate of appealability[1]; and

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

KEARNEY, J.

---

[1] *Slack v. McDaniel,* 529 U.S. 473, 484 (2000).